# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ARTHER JAMES  **PETITIONER**
Reg #31031-009

v.  CASE NO. 4:18-CV-00323-BSM

WEST TENNESSEE
DETENTION FACILITY, et al.  **RESPONDENTS**

## ORDER

The clerk is directed to immediately transfer the entire case file to the United States District Court for the Eastern District of Missouri, Eastern Division, 111 South 10th Street, Suite 3.300, St. Louis, Missouri 63102. The interests of justice will be served by this transfer because petitioner Arther James is a "federal detainee" in the custody of the United States Marshal at the West Tennessee Detention Facility in Mason, Tennessee, and he is challenging a judgment entered by a Missouri state court within the Eastern District of Missouri. *See* 28 U.S.C. § 1404(a). Habeas corpus petitions may be filed in either the federal district court for the district where the petitioner is in custody or in the federal district court for the district where he was convicted and sentenced by a state court. 28 U.S.C. § 2241(d). The Eastern District of Arkansas is neither the district where James is in custody nor the district where he was convicted and sentenced. Accordingly, the Eastern District of Missouri, Southeastern Division is the appropriate venue.

IT IS SO ORDERED this 30th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE